IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:  May 30, 2013
Court Reporter:    Gwen Daniel             Probation: Justine L. Kozak

_____

Criminal Action No.  12-cr-00048-WJM-04        *Counsel:*

UNITED STATES OF AMERICA,                  Susan Knox

        Plaintiff,

v.

4.  JOSHUA CARLOCK                         Scott T. Poland
        a/k/a "Money"
        a/k/a "Young Money,"

        Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

03:05 p.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Sentencing Statement by Ms. Knox

Sentencing Statement by Mr. Poland

**ORDERED** There being no objection, the Motion to Dismiss Counts One and Sixteen of the Indictment as to Defendant Joshua Carlock (ECF No. 520) is GRANTED.

**ORDERED:** There being no objection, the Government's Motion Regarding Acceptance Of Responsibility (ECF No. 519) is GRANTED.

**ORDERED:** The Government's Title 18 U.S.C. §3553(e) and §5K1.1 Motion For Downward Departure Based on Substantial Assistance (ECF No. 521) is GRANTED.

Defendant's Allocution

The defense requests the Court make a recommendation to the RDAP program.

Defendant plead guilty to Count One of the Information on February 28, 2013.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Joshua Carlock, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 60 months.

In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.

The Court recommends that the Director of the Bureau of Prisons afford the defendant the RDAP Program.

**ORDERED:** Upon release from imprisonment defendant is placed on supervised release for a term of five years.

Within 72 hours of release from the custody of the Bureau of Prisons defendant must report in person to the probation office in the district to which defendant is released.  And while on supervised release defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant must comply with the standard conditions adopted by this Court.

The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance.  The defendant shall submit to one drug test within 15 days of release on supervised release and

two periodic tests thereafter.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

ORDERED:   Special Conditions of Supervised Release:

1)      The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

2)      The defendant shall submit his person, property, house, residence, papers, computers, other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to search may be grounds for revocation of release.  The defendant shall warn any other occupants that the premises that may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

3)      The defendant shall have no association with gang members or participate in any gang activity during the time he is on supervised release.

The defendant shall pay a Special Assessment of $100.00, which shall be due and payable immediately.

The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case other than the Special Assessment.

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.

3

03:33 p.m.    Court in Recess
              Hearing concluded
              Time: 28 minutes